UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5053
(C.A. No. 12-1177)

EDNA DOAK                                                    Appellant

v.

JEH JOHNSON, SECRETARY                       Appellee
U.S. DEPARTMENT OF HOMELAND
SECURITY

**APPELLANT'S CERTIFICATE OF COUNSEL AS
TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's March 10, 2014 Order and Circuit Rule 28(a)(1), counsel for Appellant files this certificate as to parties, rulings, and related cases.

**I.     Parties**

The Appellant Edna Doak, who was the plaintiff in the District Court. The Appelle is Jeh Johnson, Secreatry of the United States Department of Homeland Security, who was the defendant below. There re no amicus curiae.

**II.    Rulings Under Review**

The ruling under review is the February 10, 2014, Order and Memorandum Opinion of the Honorable Rudolph Contreras in Edna Doak v. Jeh Johnson, Civil Action No. 12-1177.

**III.   Related Cases**

This case has not previously been before this Court and there are currently no pending related cases.

Date: April 9, 2014                                  Respectfully Submitted,

                                                                       Alan Lescht & Associates, PC
                                                                       _____/s/_____
                                                                       Alan Lescht
                                                                       1050 17th St. NW, Suite 400
                                                                       Washington, DC 20036
                                                                       202-463-6036
                                                                       202-463-6067(f)
                                                                       Counsel for Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on the following using the CM/ECF system this 9th day of April 2014:

R. Craig Lawrence
U.S. Attorney's Office
(USA) Civil Division
555 4th Street, NW
Washington, DC 20530
202-252-2500

                                                         _____/s/_____
                                                              Alan Lescht