UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5053
(C.A. No. 12-1177)

EDNA DOAK                                                          Appellant

v.

JEH JOHNSON, SECRETARY                              Appellee
U.S. DEPARTMENT OF HOMELAND
SECURITY

**APPELLANT'S CONSENT MOTION TO EXTEND DEADLINE
TO RESPOND TO MOTION FOR SUMMARY AFFIRMANCE**

Appellant, by counsel, respectfully moves for a 10-day extension to, and including, May 15, 2014 to respond to Appellee's Motion for Summary Affirmance. The current deadline is May 5, 2014. Appellant requests that the Court extend the deadline to respond by 10 days due to counsel's schedule and in order to allow counsel to confer with Appellant, who is out of town. Appellant has conferred with Appellee's counsel regarding this request, and Appellee consents to the extension.

Date: April 29, 2014                                    Respectfully Submitted,

                                                                Alan Lescht & Associates, PC
                                                                _____/s/_____
                                                                Alan Lescht
                                                                1050 17th St. NW, Suite 400
                                                                Washington, DC 20036
                                                                202-463-6036
                                                                202-463-6067(f)
                                                                Counsel for Appellant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing was served on the following using the CM/ECF system this 29th day of April 2014:

R. Craig Lawrence
Michelle Lo
U.S. Attorney's Office
(USA) Civil Division
555 4th Street, NW
Washington, DC 20530
202-252-2500

                              _____/s/_____
                                    Alan Lescht