UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5053
(C.A. No. 12-1177)

EDNA DOAK,                                                          Appellant,

    v.

JEH JOHNSON, Secretary,
U.S. Department of Homeland Security,                               Appellee.

**APPELLEE'S CONSENT MOTION
FOR AN EXTENSION OF TIME**

Appellee respectfully moves the Court for an extension of time until June 4, 2014, to file a Reply in support of Appellee's Motion for Summary Affirmance. Counsel for the parties conferred and Appellant consented to this Motion.

On May 15, 2014, Appellant filed her Opposition, and on Monday May 19, 2014, Appellant filed a "corrected" version of her Opposition.   Under Fed. R. App. P. 26(c) and 27(a)(4), Appellee's Reply is due on May 29, 2014.  Based on the undersigned's scheduled leave for the Memorial Day Weekend and the work load during the next week, Appellee is seeking a short extension of time until June 4, 2014, to submit his Reply.  In particular, during this week the undersigned has written discovery due in a Title VII case and a production of documents due in a Freedom of Information Act matter.  In addition, during the week of May 27th the

1

undersigned has two responsive pleadings due in yet another two matters. Given the substantial work load, the undersigned needs the additional time to prepare a draft Reply for supervisory and agency review before filing it with the Court.

For the foregoing reasons, Appellee respectfully requests that the Court extend the deadline to June 4, 2014, for Appellee to file its Reply.

                          RONALD C. MACHEN JR.
                          United States Attorney

                          R. CRAIG LAWRENCE
                          Assistant United States Attorney

                          */s/ John C. Truong*
                          JOHN C. TRUONG
                          Assistant United States Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2014, the foregoing Appellee's Consent Motion For An Extension of Time has been served by this Court's Electronic Case Filing System.

          /s/ *John C. Truong*
          JOHN C. TRUONG
          Assistant United States Attorney
          Judiciary Center Building
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          (202) 252-2524