UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT


No. 14-5053
(C.A. No. 12-1177)


EDNA DOAK                                                    Appellant


  v.


JEH JOHNSON, SECRETARY                          Appellee
U.S. DEPARTMENT OF HOMELAND
SECURITY


## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE DUE TO MEDIATION

Appellant, by counsel, respectfully moves for an extension of the deadlines in the briefing schedule to accommodate mandatory mediation in this matter. Due to the parties' respective schedules, mediation in the case has been scheduled for October 23, 2014. The current schedule is as follows: Appellant brief and appendix due by September 22, 2014; Appellee brief due by October 22, 2014; and Reply brief due by November 5, 2014.

Appellant respectfully requests an extension of the deadlines as follows: Appellant brief and appendix due by November 21, 2014; Appellee brief due by January 6, 2015; and Reply brief due by January 20, 2014.

Appellant has conferred with Appellee's counsel regarding this request, and Appellee consents to the extension.  In addition, Appellant has conferred with the mediator who also concurs with this request.


Date:  September 8, 2014                              Respectfully Submitted,

                                                     Alan Lescht & Associates, PC
                                                     _____/s/_____
                                                     Alan Lescht
                                                     1050 17th St. NW, Suite 400
                                                     Washington, DC 20036
                                                     202-463-6036
                                                     202-463-6067(f)
                                                     Counsel for Appellant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served on the following using

the CM/ECF system this 8th day of September 2014:

John C. Truong
Assistant U.S. Attorney
john.truong@usdoj.gov

_____/s/_____
Alan Lescht

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5053
(C.A. No. 12-1177)

EDNA DOAK                                                        Appellant


    v.


JEH JOHNSON, SECRETARY                                Appellee
U.S. DEPARTMENT OF HOMELAND
SECURITY

<u>ORDER</u>

    Upon consideration of the Consent Motion to Modify Briefing Schedule, it
is hereby

    ORDERED that the motion is GRANTED; and it is

    FURTHER ORDERED that the following briefing schedule will govern:

        Appellant brief and appendix:   November 21, 2014;

        Appellee brief:  January 6, 2015; and

        Reply brief: January 20, 2014.


IT IS SO ORDERED.

DATED: _____


                            _____
                                United States District Judge