# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────────

| | |
|---|---|
| No. 14-5053 | September Term, 2014 |
| | 1:12-cv-01177-RC |
| | Filed On: September 11, 2014 [1511896] |

Edna Doak,

    Appellant

    v.

Jeh Charles Johnson, Secretary, US Department of Homeland Security,

    Appellee

### O R D E R

Upon consideration of appellant's consent motion for extension of time to file the briefs to accommodate pending mediation, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 21, 2014 |
| Appendix | November 21, 2014 |
| Appellee's Brief | January 6, 2015 |
| Appellant's Reply Brief | January 20, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk