# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-5053                                    September Term, 2014

1:12-cv-01177-RC

Filed On: December 17, 2014 [1527806]

Edna Doak,

      Appellant

   v.

Jeh Charles Johnson, Secretary, US
Department of Homeland Security,

      Appellee

## O R D E R

Upon consideration of appellee's consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | February 6, 2015 |
| Appellant's Reply Brief | February 20, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk