IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA DOAK ) | |
|   ) | |
|   Appellant, ) | |
| v. ) | Case No. 14-5053 |
|   ) | (C.A. No. 12-1177) |
| JEH JOHNSON, SECRETARY, ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY ) | |
|   ) | |
|   Appellee. ) | |

### APPELLANT'S CONSENT MOTION TO SUPPLEMENT JOINT APPENDIX

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, the Appellant, Edna Doak, through counsel, and the Appellee, Jeh Johnson, Secretary of the U.S. Department of Homeland Security, respectfully move to supplement the Joint Appendix. Appellant filed the Joint Appendix on the day it was due, November 21, 2014. Appellee filed a Consent Motion to Extend Time to File Brief, which the Court granted, and Appellee's Brief is now due February 6, 2014.

Appellant and Appellee request permission to supplement the Joint Appendix after the original due date because the parties agree there are sensitive documents in this case which will better enable the parties and this Court to determine issues on appeal. Appellant will file this Supplement under seal. Granting this Motion should not unduly delay the Court's ability to resolve this case, and Appellant has not scheduled oral argument in this case. Nothing in the record suggests Appellee will be prejudiced by the requested Supplement.

Date: January 21, 2015　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　___/s/_____

　　　　　　　　　　　　　　　　　　Alan Lescht, Esq. (92128)
　　　　　　　　　　　　　　　　　　Alan Lescht & Associates, P.C.
　　　　　　　　　　　　　　　　　　1050 17th Street, N.W., Suite 220
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　P: (202) 463-6036
　　　　　　　　　　　　　　　　　　Attorney for Appellant


**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January 2015, the foregoing Consent Motion was served on counsel for Appellee by placing it on the Court's Electronic Case Filing system.


　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　Alan Lescht, Esq. (92128)
　　　　　　　　　　　　　　　　　　Alan Lescht & Associates, P.C.
　　　　　　　　　　　　　　　　　　1050 17th Street, N.W., Suite 220
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　(202) 463-6036
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff/Appellant