# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 14-5053**  **September Term, 2014**

**1:12-cv-01177-RC**

**Filed On: January 22, 2015** [1533579]

Edna Doak,

    Appellant

  v.

Jeh Charles Johnson, Secretary, US Department of Homeland Security,

    Appellee

## O R D E R

Upon consideration of appellant's motion to supplement the appendix, it is

**ORDERED** that the motion be granted.  The supplemental appendix is due on or before February 20, 2015.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

BY:   /s/
        Mark A. Butler
        Deputy Clerk