# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001



Scott S. Harris
Clerk of the Court
(202) 479-3011

April 5, 2016

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

I-QC

    Re:  Edna Doak
           v. Jeh Johnson, Secretary of Homeland Security
           Application No. 15A1023 (15-7910)
           (Your No. 14-5053)

Dear Clerk:

    The application for an extension of time within which to comply with the order of March 21, 2016 in the above-entitled case has been presented to The Chief Justice, who on April 5, 2016, extended the time to and including June 10, 2016.

    This letter has been sent to those designated on the attached notification list.

                                   Sincerely,

                                   **Scott S. Harris**, Clerk

                                   by
                                   Jeffrey Atkins
                                   Deputy Clerk